TJS

*FORM TO BE USED BY A PRISONER FILING A*
*42 U.S.C. § 1983 CIVIL RIGHTS COMPLAINT*
*IN THE UNITED STATES DISTRICT COURT*
*FOR THE EASTERN DISTRICT OF PENNSYLVANIA*

19-5509

## I. CAPTION

Joel Requena
*(Enter the full name of the plaintiff or plaintiffs)*

v.

Prime Care Medical
Amanda Benner

*(Enter the full name of the defendant or defendants)*

RECEIVED NOV 21 2019

**FILED**
**NOV 21 2019**
KATE BARKMAN, Clerk
By_____ Dep. Clerk

## II. PARTIES

a. **Plaintiff**
   Full name: Joel Requena
   Prison Identification number: 201256
   Place of present confinement: Lehigh County Prison
   Address: 38 North 4th Street Allentown, PA 18102

   Place of confinement at time of incidents or conditions alleged in complaint, including address:
   Lehigh County Prison, 38 North 4th Street Allentown, PA 18102

   *Additional plaintiffs: Provide the same information for any additional plaintiffs on the reverse of this page or on a separate sheet of paper*

b. Defendants: (list only those defendants named in the caption of the complaint, section I)

   1. Full name including title: Prime Care Medical
      Place of employment and section or unit: Lehigh County Prison

   2. Full name including title: Aministrater Amanda Benner
      Place of employment and section or unit: Lehigh County Prison

   3. Full name including title: _____
      Place of employment and section or unit: _____

   4. Full name including title: _____
      Place of employment and section or unit: _____

   *Additional defendants: Provide the same information for any additional defendants on the reverse of this page or on a separate sheet of paper*

2

### III    PREVIOUS LAWSUITS

*Instructions*

*If you have filed other lawsuits in any federal or state court dealing with the same facts as this complaint or other facts related to your imprisonment, you must provide the information requested below. If you have not filed other lawsuits, proceed to Section IV, Administrative Remedies, on this page.*

*If you have filed other lawsuits, provide the following information.*

*Parties to your previous lawsuit*

Plaintiffs ___ NA _____

Defendants ___ NA _____

Issues: _____

_____

Court    if federal, which district? _____

if state, which county? _____

Docket number: ___ NA _____ Date filed _____

Name of presiding judge _____

Disposition: (check correct answer(s)): Date: _____

Dismissed ____ Reason? _____

Judgment ____ In whose favor? _____

Pending ____ Current status? _____

Other ____ Explain _____

Appeal filed? ____ Current status? _____

*Additional lawsuits    Provide the same information concerning any other lawsuits you have filed concerning the same facts as this action or other facts related to your imprisonment    You may use the back of this page or a separate sheet of paper for this purpose.*

### IV    ADMINISTRATIVE REMEDIES

*Instructions:*

*Provide the information requested below if there is an administrative procedure to resolve the issues your raise in this complaint. Examples of administrative procedures include review of grievances, disciplinary action, and custody issues    If no administrative procedures apply to the issues in this complaint, proceed to Section V, Statement of Claim, on page 4*

3

a. *Describe the administrative procedures available to resolve the issues raised in this complaint*

 *Type of procedure. (grievance, disciplinary review, etc.)*

 Grievance

 *Authority for procedure. (DC-ADM, inmate handbook, etc.)*

 Inmate Handbook

 *Formal or informal procedure.* Informal

 *Who conducts the initial review?* Lt Dugan

 *What additional review and appeals are available?* Appeal to the Warden

b. *Describe the administrative procedures you followed to resolve the issues raised in this complaint before filing this complaint*

 *On what date did you request initial review?* 11-7-19

 *What action did you ask prison authorities to take?* I needed for my left knee to be examine, and I asked to have an eye exam

 *What response did you receive to your request?* Grievance was denied

 *What further review did you seek and on what dates did you file the requests?* Appealing to the warden

 *What responses did you received to your requests for further review?*

 Denied my appeal

c. *If you did not follow each step of the administrative procedures available to resolve the issues raised in this complaint explain why?*

4

## V    STATEMENT OF CLAIM

*Instructions*

*State here as briefly as possible the facts of your case. Use plain language and do not make legal arguments or cite cases or statues State how each defendant violated your constitutional rights Although you may refer to any person, make claims only against the defendants listed in the Caption, Section I. Make only claims which are factually related. Each claim should be numbered and set forth in a separate paragraph with an explanation of how the defendants were involved. Use the reverse of this page or a separate sheet of paper if you need more space.*

Statement of Claim.

1. I've requested to have an eye exam back in August, I was told that I would be put on the waiting list. It is now November and I still have yet to be called down for an eye exam. Furthermore I complain about having pain on my left knee twice, and each time I was given motrin to take for 5 days. As we speak they refused to treat my medical needs.

## VI    RELIEF

*Instructions   Briefly state exactly what you want the Court to do for you.*

Relief sought:

I would like to be examine and treated by an outside Hospital. For pain and suffering I'm asking for one million dollars.

## VII    DECLARATION AND SIGNATURE

*I (we) declare under penalty of perjury that the foregoing is true and correct.*

11-18-19
DATE

SIGNATURE OF PLAINTIFF(S)



UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**19   5509**

DESIGNATION FORM
*(to be used by counsel or pro se plaintiff to indicate the category of the case for the purpose of assignment to the appropriate calendar)*

Address of Plaintiff: _____ 38 N. 4th Street, Allentown, PA 18102 _____

Address of Defendant: _____

Place of Accident, Incident or Transaction: _____ Lehigh _____

---

*RELATED CASE, IF ANY:*

Case Number: _____   Judge: _____   Date Terminated: _____

Civil cases are deemed related when *Yes* is answered to any of the following questions

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?   Yes ☐   No ☐

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?   Yes ☐   No ☐

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action of this court?   Yes ☐   No ☐

4. Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights case filed by the same individual?   Yes ☐   No ☐

I certify that, to my knowledge, the within case ☐ is / ☐ is not related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE: 11/21/2019      *Daniel McCormack*      _____
                      Attorney-at-Law / Pro Se Plaintiff      Attorney ID # (if applicable)

---

**CIVIL:** (Place a √ in one category only)

A.  *Federal Question Cases:*
1. ☐ Indemnity Contract, Marine Contract, and All Other Contracts
2. ☐ FELA
3. ☐ Jones Act-Personal Injury
4. ☐ Antitrust
5. ☐ Patent
6. ☐ Labor-Management Relations
7. ☑ Civil Rights   555
8. ☐ Habeas Corpus
9. ☐ Securities Act(s) Cases
10. ☐ Social Security Review Cases
11. ☐ All other Federal Question Cases
    *(Please specify)* _____

B.  *Diversity Jurisdiction Cases:*
1. ☐ Insurance Contract and Other Contracts
2. ☐ Airplane Personal Injury
3. ☐ Assault, Defamation
4. ☐ Marine Personal Injury
5. ☐ Motor Vehicle Personal Injury
6. ☐ Other Personal Injury *(Please specify)* _____
7. ☐ Products Liability
8. ☐ Products Liability – Asbestos
9. ☐ All other Diversity Cases
    *(Please specify)* _____

---

**ARBITRATION CERTIFICATION**
*(The effect of this certification is to remove the case from eligibility for arbitration.)*

I, _____, counsel of record or pro se plaintiff, do hereby certify

☐ Pursuant to Local Civil Rule 53.2, § 3(c) (2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs:

☐ Relief other than monetary damages is sought.

DATE _____   _____   _____
                        Attorney-at-Law / Pro Se Plaintiff   Attorney ID # (if applicable)

NOTE: A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38

Civ 609 (5/2018)


TJS

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

## CASE MANAGEMENT TRACK DESIGNATION FORM

Requena                                        :       CIVIL ACTION
                                               :
           v.                                  :
                                               :       NO. **19  5509**
PrimeCare Medical, et. al.

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a Case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See § 1:03 of the plan set forth on the reverse side of this form.) In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a Case Management Track Designation Form specifying the track to which that defendant believes the case should be assigned.

**SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:**

(a) Habeas Corpus – Cases brought under 28 U.S.C. § 2241 through § 2255.          ( ☐ )

(b) Social Security – Cases requesting review of a decision of the Secretary of Health and Human Services denying plaintiff Social Security Benefits.          ( ☐ )

(c) Arbitration – Cases required to be designated for arbitration under Local Civil Rule 53.2.   ( ☐ )

(d) Asbestos – Cases involving claims for personal injury or property damage from exposure to asbestos.          ( ☐ )

(e) Special Management – Cases that do not fall into tracks (a) through (d) that are commonly referred to as complex and that need special or intense management by the court. (See reverse side of this form for a detailed explanation of special management cases.          ( ☐ )

(f) Standard Management – Cases that do not fall into any one of the other tracks.    555 ( ☒ )


NOV 2 1 2019                    _Daniel Mc Carmack_
_____            _____            _____
**Date**                        **Deputy Clerk**                **Attorney for**



_____            _____            _____
**Telephone**                   **FAX Number**                  **E-Mail Address**


(Civ. 660) 10/02

NAME: Joel Requena 201256
LEHIGH COUNTY JAIL
38 NORTH 4TH STREET
ALLENTOWN, PA 18102-3489

LEHIGH VALLEY PA 180

19 NOV 2019 PM 2 L



To. Michael E. kunz, Clerk U.S. District court, Eastern District of PA, 2609 U.S. courthouse, 601 Market Street Philadelphia, PA 19106



19106$1729