**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JOEL REQUENA** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **PRIMECARE MEDICAL and** | : | |
| **AMANDA BENNER** | : | **NO. 19-5509** |

## ORDER

**NOW,** this 13th day of January, 2020, upon consideration of plaintiff's *pro se* complaint (Document No. 1), and the plaintiff having failed to comply with this Court's Order of November 27, 2019, it is **ORDERED** that the complaint is **DISMISSED WITHOUT PREJUDICE.**

/s/ TIMOTHY J. SAVAGE J.